THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* VAN BUREN LASTER, JR., Defendant-Appellant.

(No. 72-285; ▮)

Second District—October 10, 1973.

▮

▮

Opinion by Mr. JUSTICE SEIDENFELD.

▮

William L. Balsley, of Loves Park, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, (James W. Jerz and Edward N. Morris, of Model District State's Attorneys Office, of counsel,) for the People.